12-15-00225-CV

CAUSE NO. 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

FILED IN COURT OF APPEALS
12th Court of Appeals District
SEP 2 4 2015
TYLER TEXAS
PAM ESTES, CLERK

JUAN ENRIQUEZ,
  Plaintiff,

v.

BRAD LIVINGSTON, ET AL.,
  Defendants.

§
§
§
§
§
§
§

IN THE DISTRICT COURT

369TH JUDICIAL DISTRICT

ANDERSON COUNTY, TEXAS

## AMENDED NOTICE OF APPEAL

Juan Enriquez, Plaintiff, herein gives notice that he will appeal to the Court of Appeals for the 12th District of Texas from the Order of Dismissal entered in this cause on April 22, 2015, but which the District Clerk did not mail to Plaintiff until July 1, 2015, as reflected by the postmark on the envelope, whereupon a "motion to vacate and correct judgment" was filed July 15, 2015, via mailbox rule filing, which motion is presumably still pending, but Plaintiff filed notice of appeal to ensure timely filing as the district clerk does not provide the Plaintiff with orders entered in this case.

Juan Enriquez
227122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886

### Certificate of Service

I, Juan Enriquez, certify that a correct copy of the above notice of appeal was served by placing same in the United States mail, postage prepaid, on September 17, 2015, addressed to Ken Paxton, Attorney General of Texas, P. O. Box 12548, Austin, TX 78711, and to Janice Staples, District Clerk, Courthouse, 500 N. Church St., Rm 18, Palestine, TX 75801.

Juan Enriquez

### Mailbox Rule Filing Verification

I, Juan Enriquez, declare under penalty of perjury that the foregoing notice of appeal was filed September 17, 2015, by placing same in the Institutional Mail System, first class mail, postage prepaid, addressed to Clerk, 12th Court of Appeals, 1517 W. Front St., Tyler, TX 75702. Executed on September 17, 2015.

Juan Enriquez

227122
TDCJ-Michael
2664 FM 2054
Tennessee Colony, TX 75886
September 17, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 2 4 2015

TYLER TEXAS
PAM ESTES, CLERK

Ms. Pam Estes
Clerk
Twelfth Court of Appeals
1517 West Front Street
Tyler, TX 75702

    Re:  No. 12-15-00225-CV;  Juan Enriqeuz v. Brad Livingston, et al
          Trial Court No. 369-5019

Dear Ms. Estes:

    I am not sure what is meant  by "on or before September 24, 2015, the information is amended to show thejurisdiction of this Court", so I have submitted for filing an Amended Notice of Appeal, which explains that the order of dismissal of April 22, 2015, was not mailed to me until July 1, 2015, and that I filed a motion to vacate judgment shortly after I got the order of dismissal in July, 2015.

                  Very truly yours,

                  Juan Enriquez


Enclosure
cc:  Ken Paxton, Jr.
     Janice Staples